## CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE

THIS CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE IS ENTERED INTO BETWEEN THE PARTIES IN ACCORDANCE WITH THE FOLLOWING TERMS.

As used throughout this entire Confidential Settlement Agreement and Release ("Agreement"), the Parties to the Agreement are defined as follows:

1. Achieva Credit Union ("Achieva") : is defined to include Achieva Credit Union and its shareholders, officers, directors, managers, employees, servants, representatives, officials, associates, trustees, affiliated companies, parent companies, subsidiaries, predecessors, successors, holding companies, divisions, unincorporated business units, joint ventures, partners, insurers, agents, and attorneys.

2. Deanna Gibson ("Gibson"): is defined to include Deanna Gibson, individually, her predecessors, trusts, successors, agents, and attorneys.

3. At times in this Agreement, Achieva and Gibson may be referred to collectively as the "Parties".

## RECITALS

[redacted]

**WHEREAS,** Gibson filed that certain lawsuit asserting her Claims against Achieva, styled *Deanna Gibson v. Achieva Credit Union,* In the County Court of the Sixth Judicial Circuit In and For Pinellas County, Florida, Case.: 15-004049-CO ("lawsuit").

[redacted]



2. **Introduction**. This Agreement is made and entered into by and between the Parties with regard to Achieva's attempts to collect on a debt owed by Gibson on account number XXXXX754 L 12.1 at Achieva ("Account"), which was the subject matter of the lawsuit.

3. **Scope of Agreement**. This Agreement encompasses any and all collection efforts of Achieva relative to the Account up to the date of this Agreement. Achieva agrees to close its file related to the Account, and cease all further collection activities on the Account as to Gibson, only. Further, Achieva agrees to waive any outstanding amounts presently due on the Account by Gibson as the result of a deficiency, including waiving its right to file a lawsuit against Gibson to pursue a Final Judgment for any and all amounts outstanding on the Account. The waivers herein are limited to Gibson, only, and do not apply to any co-obligor or joint debtor on the Account, and are not considered a release, waiver, accord and satisfaction, or otherwise a debt forgiveness as to any other person, individual or entity. It is further, agreed that as a result of the waiver, Achieva will comply with all applicable provisions if the Internal Revenue Service's Code and Regulations relating to the forgiveness of debt, including the issuance of a Form 1099C to Gibson.









IN WITNESS WHEREOF, the Parties have executed this Agreement as of the dates below.

DEANNA GIBSON

DATE: _____

ACHIEVA CREDIT UNION

BY: Lisa Smith _(Digitally signed by Lisa Smith, DN: cn=Lisa Smith, o=Achieva Credit Union, ou=Risk Management, email=lsmith@achievacu.com, c=US, Date: 2016.03.14 19:53:39 -04'00')_

NAME: Lisa Smith

TITLE: SVP of Risk Management

DATE: 3/14/16