Case 5:21-cv-00532-JSM-PRL   Document 1-7   Filed 11/01/21   Page 1 of 2 PageID 33

SWIFT, ISRINGHAUS & DUBBELD, P.A.  TEL: 727.490.9919 (ST. PETERSBURG)
8380 BAY PINES BLVD.  TEL: 813.563.8466 (TAMPA)
ST. PETERSBURG, FL 33709  FAX: 727.255.5332
WWW.SWIFT-LAW.COM



August 13, 2021

**Sent via Certified U.S. Mail:**

Achieva Credit Union
PO Box 1500
Dunedin, FL 34697

Experian Information Solutions, Inc.
PO Box 4500
Allen, TX 75013

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

Trans Union, LLC
Trans Union Consumer Solutions
PO Box 2000
Chester, PA 19016

Re:   Deanna L. Kelsey f/k/a Deanna L. Gibson
      DOB: 9/29/94
      SSN: XXX-XX-6640
      Address: 17333 White Mangrove Drive, Wimauma, FL 33598
      Achieva Credit Union Account Number: 1745754****
      Transunion File Number: 407350188
      Transunion Report Date: 8/11/2021
      Equifax Report Confirmation: 1723524783
      Equifax Report Date: 8/11/2021
      Experian Date Generated: 8/11/2021

To Whom it Concern,

I have identified errors on my credit reports and in my credit files regarding the above-referenced account reported by Achieva Credit Union (the "Account").  Due to your failure to accurately report this Account on my credit reports and in my credit files, I have retained an attorney to assist me in this matter.  Although my attorneys helped me prepare this letter, I have read it, I fully understand it, and the assertions made below are my own.  I hereby dispute the erroneous reporting of the above-referenced Account and demand that it be updated.  In 2015, I initiated a lawsuit against Achieva Credit Union case styled *Deanna Gibson v. Achieva Credit Union,* In the County Court of the Sixth Judicial Circuit In and For Pinellas County, Florida, Case.: 15-004049-CO ("Lawsuit").  As a result of the Lawsuit, Achieva agreed to waive any remaining

1

balance due on the Account.  As such, I do not owe Achieva any monies on the Account. Despite this, Achieva is reporting the following:

1. Transunion: A Balance of $8,339 and Pay Status and Remarks as "Repossession". The Balance should be marked as $0 and the Pay Status and Remarks should be marked as "Closed".

2. Experian: A Balance of $8,339 and Status as "Repossession".  The Balance should be marked as $0 and the Status should be marked as "Closed".

3. Equifax: A Balance of $8,339 and Account Status as "Repossession".  The Balance should be marked as $0 and the Account Status should be marked as "Closed".

    I hereby demand that you conduct an investigation regarding Achieva's inaccurate and erroneous reporting of this Account and demand that you update the reporting of this Account accordingly.  I have been damaged by this erroneous reporting because I am not receiving the benefit of the settlement I entered into with Achieva, and I will continue to suffer damage if the reporting is not updated.

Thank you for your time and attention to this matter, and I look forward to the responses required under the Fair Credit Reporting Act.

Sincerely,


__/s/ Deanna Kelsey_____      _/s/ Jon P. Dubbeld_____
Deanna L. Kelsey      Jon P. Dubbeld, Esq.
     FBN 105869
     jdubbeld@swift-law.com
     P: (727) 755-3676
     F: (727) 255-5332