## How to read your results

**Deleted**
This item was removed from your credit report.

**Remains**
The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

**Processed**
This item was either updated or deleted. Please review your report for the details.

**Updated (Your results will indicate which one of the following applies.)**

- The information you disputed has been updated. Please review your report for the details.
- The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.
- The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.
- Information on this item has been updated. Please review your report for the details.

## Print your report

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access.

### Address
Experian
P.O. Box 9701 Allen, TX 75013

**Any pending disputes will be highlighted below.**

### Here are your dispute results 09/16/2021

#### Credit Items and Public Records

| Creditor / Vendor | Account number | Status | |
|---|---|---|---|
| ACHIEVA CREDIT UNION | 1745754.... | Remains | The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details. |

**If our reinvestigation has not resolved your dispute**
**view your options**

### Your Report

### Personal Information

#### Name(s) associated with your credit

| Name | Name identification number |
|---|---|
| DEANNA KELSEY | 23199 |
| DEANNA GIBSON | 16941 |
| DEANNA L KELSEY | 25687 |
| DEANNA L GIBSON | 27061 |
| DEANNA LEE KELSEY | 31086 |
| DEANNA LYNN KELSEY | 30882 |
| DEANNA KEISEY | 4345 |

#### Address(es) associated with your credit

| Address | Address identification number | Residence type | Geographical code |
|---|---|---|---|
| 17333 WHITE MANGROVE DR WIMAUMA FL 33598-2403 | 0889232971 | Single family | 0-1390600-57-8280 |
| 4653 78TH N LN SAINT PETERSBURG FL 33709-2314 | 0887425433 | Single family | 0-2500130-103- |
| 4653 78TH N LN SAINT PETERSBURG FL 33709-2314 | 0075909316 | Single family | 0-2500130-103- |
| 4653 78TH N LN SAINT PETERSBURG FL 33709-2314 | 0860388703 | Single family | 0-2500130-103-8280 |
| 5458 8TH AVE NO GULFPORT FL 33707 | 0834349675 | Single family | 0-00-0-8280 |
| 6423 SANDPIPER S WAY SAINT PETERSBURG FL 33707-3039 | 0075869131 | Single family | 0-2810210-103-8280 |
| 6946 16TH N PL APT757 SAINT PETERSBURG FL 33710-5395 | 0075937900 | Apartment complex | 0-2250130-103-8280 |
| 6755 16TH N PL APT312 SAINT PETERSBURG FL 33710-5497 | 0220977123 | Apartment complex | 0-2250130-103-8280 |
| 4653 78TH N AVE PINELLAS PARK FL 33781-2428 | 0934324043 | Single family | 0-2490240-103- |
| 4653 7 8TH N LN SAINT PETERSBURG FL 33709 | 0910324621 | Single family | 0-00-0-8280 |
| 2013 3RD S ST SAINT PETERSBURG FL 33705-2711 | 0075824208 | Single family | 0-2040030-103-8280 |
| 5458 8TH N AVE APT312 SAINT PETERSBURG FL 33710-6512 | 0834835937 | Single family | 0-2220020-103-8280 |
| 5606 20TH S AVE APTB GULFPORT FL 33707-4856 | 0075875955 | Apartment complex | 0-2810200-103-8280 |

### Other personal information associated with your credit

**Year of birth**

1994

**Spouse or co-applicant**

CHRISTOPHER

**Telephone number(s)**

| | |
|---|---|
| 727 225 2457 | Cellular |
| 727 563 6168 | Cellular |
| 727 687 5357 | Cellular |

| Current or former employer(s) | Address |
|---|---|
| PINELLAS HEMATOLOGY ONC | |
| PINELLAS HERMATOLOGY AND ONCOL | |
| GUY HARVEY OUTPOST | |

### Your personal statements

No general personal statements appear on your report.

Add fraud alert

### Potentially negative items

No **Public Record** items appear on your report.

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| ACHIEVA CREDIT UNION | 1745754.... | $8,339 as of 10/22/2015 | 09/2014 | **Repossession. $8,339 past due as of Oct 2015.** |
| AR RESOURCES INC | 10055505 | Not reported | 03/2017 | **Paid in settlement.** |
| AR RESOURCES INC | 10055506 | Not reported | 03/2017 | **Paid in settlement.** |
| AR RESOURCES INC | 9281985 | Not reported | 09/2016 | **Paid in settlement.** |
| AR RESOURCES INC | 9651526 | Not reported | 11/2016 | **Paid in settlement.** |
| AR RESOURCES INC | 9995822 | Not reported | 02/2017 | **Paid in settlement.** |
| WF CRD SVC | 446540020995.... | $1,420 as of 08/27/2021 | 06/2013 | **Open.** |

**Accounts in good standing**

| Account name | Account number | Recent balance | Date opened | Status |
|---|---|---|---|---|
| ACHIEVA CREDIT UNION | 1745754.... | Not reported | 10/2013 | Paid, Closed/Never late. |
| ALLY FINANCIAL | 67392909.... | $16,769 as of 06/25/2021 | 11/2019 | Open/Never late. |
| BEST BUY/CBNA | 603535135233.... | $69 as of 09/07/2021 | 07/2019 | Open/Never late. |
| ADS/COMENITY/WAYFAIR | 778850202852.... | Not reported | 07/2020 | Paid, Closed/Never late. |
| ADS/COMENITY/WYNDHAM | 778840302193.... | Not reported | 08/2019 | Paid, Closed/Never late. |
| ADS/COMENITY/ZALES | 578097406765.... | $0 /paid as of 09/11/2021 | 05/2019 | Open/Never late. |
| EDFINANCIAL SERVICES LLC | 50000019556.... | $1,750 as of 07/31/2021 | 09/2019 | Open/Never late. |
| EDFINANCIAL SERVICES LLC | 50000025170.... | $2,250 as of 07/31/2021 | 02/2021 | Open/Never late. Deferred, payments begin Jan 2022. |
| GBS/FIRST ELECTRONIC BK | 763400500820.... | $0 /paid as of 08/24/2021 | 01/2020 | Open/Never late. |
| JPMCB AUTO | 1123421154.... | Not reported | 12/2012 | Paid, Closed/Never late. |