

P.O. Box 105518
Atlanta, GA 30348

000008957 EFC A000008252102053401 000000 004950 003

000004950- DISC
JON P DUBBELD
10460 ROOSEVELT BLVD N STE 313
SAINT PETERSBURG, FL 33716-3821

# EQUIFAX

**CREDIT FILE : August 24, 2021**

**Confirmation # 1229632635**

Dear JON P DUBBELD:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process.

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;

- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and

- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

(Continued On Next Page)

1229632635-IH1-097d010500000091-08242021

medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.

- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at 866-349-5191.

- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

(Continued On Next Page)

1229632635-IH1-097d01050000091-08242021

---

0590000 00 10825201002300830830000 0002074 DECA0000030.0001 4275



## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certified it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

### The Results Of Our Reinvestigation

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

| Account History<br>Status Code<br>Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |

>>> **The information you disputed has been updated. Account # - 1745754** **The results are:** WE VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *STATUS *PAST DUE *CHARGE OFF AMOUNT *HIGH CREDIT *SCHEDULED PAYMENT *DATE OF MAJOR DELINQUENCY 1ST REPORTED. If you have additional questions about this item please contact:

1229632635-IH1-097d01050000000091-08242021

(Continued On Next Page)

## ACHIEVA CREDIT UNION   10125 ULMERTON RD LARGO FL 33771-3531 : (727) 431-7680

| Account Number | | | | | | | | | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | | Creditor Classification | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1745754* | | | | | | | | | 72 Months | Monthly | | 12 | | | | | | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | High Credit | Credit Limit | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Portfolio Status | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/24/2021 | $ 8,339 | $ 8,339 | 09/2015 | | | | | 05/2015 | 05/2015 | 05/2015 | $ 8,339 | | | | | |

Date Opened 09/29/2014

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator |
|---|---|---|---|---|
| Charge Off | Installment | Auto | Joint Account | |

## ADDITIONAL INFORMATION:

**Charged Off Account**

**Involuntary Repossession**

**Auto**

**Fixed Rate**

Account History with Status Codes

| 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 12/2014 |
|---|---|---|---|---|---|
| 3 | 3 | 3 | 2 | 1 | 1 |

(Continued On Next Page)

1229632635-IH1-097-d01050000091-08242021

## State of Texas- Notice to Texas Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words, explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months for any purpose or in the past two years for employment purposes.

You may be entitled to dispute resolution as prescribed in § 20.06 of Title 2 Chapter 20 of the Texas Business and Commerce Code (2002), after receipt of this notice.

(End of Report)

1229632635-IH1-097d01050000000091-08242021